**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC., | CASE NO. 5:11-CV-02341-EJD |
| Plaintiff, | **ORDER WITHDRAWING ORDER GRANTING DEFAULT JUDGMENT** |
| v. | |
| DUY TRONG NGUYEN, et al., | [Re: Docket Item No. 24] |
| Defendants. | |

Pursuant to the parties' Stipulation, ECF No. 23, April 26, 2012, the court hereby vacates and withdraws the Order Granting Motion for Default Judgment, ECF No. 24, April 27, 2012.

**IT IS SO ORDERED.**

Dated: April 27, 2012

EDWARD J. DAVILA
United States District Judge