Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227
Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net
**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

NICHOLAS ROSCHA, ESQ. (#181501)
CHRISTOPHER N. ODNE, ESQ. (#241175)
ROSCHA & ODNE LLP
Concord Center
2300 Clayton Road, Suite 500
Concord, California 94520
Telephone: (925) 602-1400
Facsimile: (925) 825-0143
Email: nroscha@aro-law.com
       codne@aro-law.com

Attorneys for Defendants
Duy Trong Nguyen, Au Thi Le, and
Lighthouse Café, Inc.

IT IS SO ORDERED
[signature]
Judge Edward J. Davila

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC, | CASE NO.: CV11-02341-EJD |
| Plaintiff, | STIPULATION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT AND EXTEND TIME FOR DEFENDANTS TO ANSWER |
| v. | |
| DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Nicholas Roscha, Esq. of Roscha, & Odne LLP, counsel for defendants DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and

1

STIPULATION TO SET ASIDE DEFAULT, DEFAULT JUDGMENT AND EXTEND TIME FOR DEFENDANTS TO ANSWER

1 d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT ("Defendants") and Thomas P. Riley of the Law Offices of Thomas P. Riley, P.C., counsel for plaintiff G&G Closed Circuit Events, LLC that defaults were previously taken against all Defendants on September 8, 2011, that good and sufficient grounds exist to have such defaults set aside, and that such defaults should be immediately set aside and vacated and the deadline for the Defendants to file an Answer to Plaintiff's Complaint is hereby extended and shall be filed, subject to any further extensions, no later than thirty (30) days after the Court enters the Order to set aside said defaults. Plaintiff also hereby withdraws its Motion for Default Judgment and related documents, filed on January 19, 2012 as Docket Number 17, and requests that any judgment entered by the Court be immediately set aside and vacated.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: April 24, 2012

ROSCHA & ODNE LLP

X_____

NICHOLAS ROSCHA, ESQ.
CHRISTOPHER N. ODNE, ESQ.
Counsel for Defendants DUY TRONG NGUYEN and AU THI LE, INDIVIDUALLY and d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT

DATED: April 24, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.

X_____

THOMAS P. RILEY, ESQ.
Counsel for Plaintiff G&G CLOSED CIRCUIT EVENTS, LLC

Dated: April 27, 2012

Edward J. Davila
2 U.S. District Judge

STIPULATION TO SET ASIDE DEFAULT AND EXTEND TIME FOR DEFENDANTS TO FILE AN ANSWER