Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
G & G Closed Circuit Events, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>DUY TRONG NGUYEN, ET AL.,<br><br>Defendants. | CASE NO. 5:11-cv-02341-EJD<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT |
|---|---|

IT IS HEREBY STIPULATED by and between Plaintiff G & G CLOSED CIRCUIT EVENTS, LLC. and Defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT, that the above-entitled action is hereby dismissed **without prejudice** against DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by August 1, 2014, the dismissal shall be deemed to be **with prejudice.**

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: February 15, 2013

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
G & G CLOSED CIRCUIT EVENTS, LLC

Dated: 4/1/2013

ROSCHA & ODNE, LLP
By: Nicholas Roscha
Attorneys for Defendants DUY TRONG NGUYEN and AU THI LE, individually and d/b/a LIGHTHOUSE CAFÉ & RESTAURANT; and LIGHTHOUSE CAFÉ, INC., an unknown business entity d/b/a LIGHTHOUSE CAFÉ & RESTAURANT

**IT IS SO ORDERED:** The Clerk shall close this file.

_____                    Dated: 4/23/2013
The Honorable Edward J. Davila
United States District Court
Northern District of California